IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY L. JOHNSON and
JOANNE S. JOHNSON,

    Plaintiffs,                                                     Case No.  20-cv-170-wmc

    v.

ROBERT J. PACHMAYER and
BENSON BUILDERS, LLC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Robert J. Pachmayer and Benson Builders, LLC against plaintiffs Jeffrey L. Johnson and Joanne S. Johnson dismissing this case for improper venue.

| s/ K. Frederickson, Deputy Clerk | September 14, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |